Anne Redcross Beehler, California Bar No. 312125
anneredcross.beehler@bclplaw.com
BRYAN CAVE LEIGHTON PAISNER LLP
1920 Main Street, Suite 1000
Irvine, California 92614-7276
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIC (CCV), LLC, a California limited liability company,<br><br>Plaintiff(s),<br>v.<br><br>STEVEN R. WALLACE, an individual,<br><br>Defendant(s). | CASE NUMBER<br>2:22-cv-08021-RSWL-AGR<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety without prejudice.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| February 22, 2023 | /s/ Anne Redcross Beehler |
| *Date* | *Signature of Attorney/Party* |
| | Anne Redcross Beehler |

NOTE: **F.R.Civ.P. 41(a):** *This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

**F.R.Civ.P. 41(c):** *Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*


American LegalNet, Inc.
www.FormsWorkFlow.com